UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Lynden Garfield Lorfils

   v.                                                    Case No. 19-cv-748-PB

FCI Berlin, Warden

ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 20, 2020 .  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                     /s/ Paul Barbadoro
                                                     Paul Barbadoro
                                                     United States District Judge

Date: June 24, 2020

cc: Lynden Garfield Lorfils, pro se